IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MARTHA JO GRAVES, )
        Plaintiff )
        v. ) No. 3:06-cv-129
HARTFORD LIFE INSURANCE )
COMPANY,
         )
        Defendant
         )

## MEMORANDUM AND ORDER

This is an action to recover on a policy of life insurance. It was removed to this court from the General Sessions Court for Grainger County. Currently pending is the defendant's motion for a more definite statement pursuant to Rule 12(e), Federal Rules of Civil Procedure. Plaintiff has failed to respond to the motion in a timely manner and is therefore deemed to have waived any response. Rule 7.2, Local Rules of the United States District Court for the Eastern District of Tennessee.

Plaintiff's complaint states only that Graves is suing Hartford for default on a life insurance policy insuring the life of Gary Graves and seeks damages of

$10,000 plus a 25% bad faith penalty. While the complaint does list a policy and group number that Graves alleges is at issue, Hartford asserts that it has made an exhaustive search of its records and has been unable to locate any policy insuring the life of Gary Graves. In addition, Hartford has been unable to locate a policy corresponding with the policy numbers listed in Graves' complaint.

In order to allow Hartford to answer the complaint, plaintiff will be required to provide a more definite statement of her grounds for believing that Hartford issued a life insurance policy insuring the life of Gary Graves, providing either a copy of the alleged policy at issue or identification of a policy number that corresponds to an actual policy issued by Hartford to either Gary Graves or his employer, Mastec Applications. Plaintiff shall provide this more definite statement within twenty (20) days of the date of the entry of this order.

**E N T E R :**

      *s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE